IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) CR. NO. 2:07cr14-SRW | |
| ) (18 U.S.C. 641) | |
| MARIA HINTON ) | |
| ) | |
| ) INFORMATION | |
| ) | |

The United States Attorney charges:

## COUNT

On or about the 9th day of November 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **MARIA HINTON** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | **AFFIDAVIT** |
| COUNTY OF MONTGOMERY | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On or about 9 November 2006, via closed circuit monitors, I observed MARIA C. HINTON, a Senior Master Sergeant (SMSgt) in the Air Force, putting a package of perfume into the top section of her shopping cart and cover it wit several sales flyers. HINTON shopped around the store for several minutes. She picked a few clothes and went into the women's fitting room. When she came out of the fitting room, the perfume was no longer visible in the shopping cart. I immediately went to search the room and found the cellophane wrapper with the electronic alarm sensor hidden in a sales flyer on the floor. HINTON continued to shop, picked up several items of clothing and returned to the fitting room. When HINTON came out a few minutes later, she only had one item. I again searched the fitting room and there was nothing in the room. HINTON went to central checkout where she paid for two items - - a white skirt and a soda. Once she departed the exchange, I detained her in the lobby area, identified her and escorted her to the security office. Security Forces were called and responded. A search of her purse revealed a pair of children's jeans, valued at $19.00, and a bottle of Issey Miyake men's perfume, valued at $40.00. Total value of the items was $59.00. A bra and a red item of clothing could not be found. HINTON was taken to the Maxwell Law Enforcement Desk for further processing.

*Robert G. Smith*
ROBERT G. SMITH

Subscribed and sworn to before me this _18th_ day of January, 2007.

AUDREY FAYE GRIFFIN
Notary
STATE OF ALABAMA

*Audrey F. Griffin*
AUDREY F. GRIFFIN
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS