**COURTROOM DEPUTY'S MINUTES**                    **DATE: March 6, 2007**
**MIDDLE DISTRICT OF ALABAMA**                    **DIGITAL RECORDING:** 10:12 - 10:18

| √ **ARRAIGNMENT** | ❏ **CHANGE OF PLEA** | ❏ **CONSENT PLEA** |
| ❏ **RULE 44(c) HEARING** | ❏ **SENTENCING** | |

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:07cr14-SRW                   **DEFENDANT NAME:** Maria Hinton
**AUSA:** L. Amber Brugnoli                     **DEFENDANT ATTORNEY:** Patricia Kemp

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**

√ Financial Affidavit executed. ORAL MOTION for appointment of Counsel. (Defendant directed to pay $100.00 toward attorney fees in this case and to make payment before the conclusion of this case)

√ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**     √ **Not Guilty**
              ❏ **Guilty as to:**
                    ❏ **Count(s):**
                    ❏ **Count(s):**          ❏ dismissed on oral motion of USA
                                             ❏ to be dismissed at sentencing

❏ Written plea agreement filed   ❏ **ORDERED SEALED**

❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.

√ **CRIMINAL TERM:**   5/7/07          ❏ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE: 3/6/07**

❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
       ❏ Trial on _____; ❏ Sentencing on _____

❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
       ❏ Trial on _____; or ❏ Sentencing on _____

❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
              ❏ Defendant requests time to secure new counsel