IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr14-SRW |
| | ) | |
| MARIA HINTON | ) | |

## **ORDER**

    Upon consideration of the defendant's request for court-appointed counsel in this case, and the defendant's financial affidavit, the undersigned Magistrate Judge appointed the Federal Defender on March 6, 2007 to represent the defendant in this case. Upon further consideration, the court finds that funds are available from or on behalf of the defendant for payment of compensation and expenses of the court-appointed counsel or for other services necessary for adequate representation. The court finds, therefore, that the defendant is financially able to obtain counsel or to make partial payment for representation or for other services necessary for adequate representation. Accordingly, it is

    ORDERED that the defendant shall pay the sum of one hundred dollars ($100.00) to the Clerk of this court on or before May 1, 2007. Said payment shall be made in cash, by money order, or by cashier's check.

    DONE, this 8th day of March, 2007.

    /s/ Susan Russ Walker
    SUSAN RUSS WALKER
    UNITED STATES MAGISTRATE JUDGE