IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr014-SRW |
| | ) | |
| MARIA HINTON | ) | |

**ORDER**

Upon consideration of defendant's renewed motion to dismiss (Doc. # 21), filed June 7, 2007, and for good cause, it is

ORDERED that the government file a response to the motion on or before June 25, 2007. It is further

ORDERED that a pretrial conference is scheduled for July 6, 2007 at 9:00 a.m. by telephone. Counsel for the government is DIRECTED to set up the telephone conference call.

DONE, this 8th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE