IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:07-cr-14-SRW |
| | ) | |
| MARIA HINTON | ) | |

## MOTION TO WITHDRAW AND SUBSTITUTE

**COMES NOW Crystal D. Haynes** and enters the withdrawal of L. Amber Brugnoli as government counsel in the above-captioned case. Ms. Brugnoli will not be able to attend the July 9, 2007, court date due to a conflicting court appearance. I, Crystal D. Haynes, will be the designated government representative on which service may be made.

Dated this 15th day of June, 2007.

Respectfully submitted,

s/Crystal D. Haynes
CRYSTAL D. HAYNES
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL 36112-6334
(334) 953-2786

### CERTIFICATE OF SERVICE

I hereby certify that on this date of June 15, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/Crystal D. Haynes
CRYSTAL D. HAYNES
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786

**MOTION GRANTED**

THIS 15th DAY OF June, 2007

UNITED STATES MAGISTRATE JUDGE