**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:07-CR-14-SRW** |
| ) | |
| **MARIA HINTON** ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**NOW COMES** the Defendant, by and through undersigned counsel, Patricia V. Kemp and pursuant to 18 U.S.C. § 3161 (h) respectfully moves this Court to move this matter for trial from the July 9, 2007 trial docket.

In support of this Motion, defendant would show:

1.  On June 7, 2007, the Defendant Filed a Motion to Dismiss. (Doc. #21) On June 8, 2007, this Court entered an Order setting the Government's response as due to be filed on June 25, 2007. (Doc. #22).

2.  On June 25, 2007, the Government filed "Government Response to Motion to Dismiss." (Doc. #27).

3.  A hearing on these motions has not been set. The Defendant intends to file a response to "Government Response to Motion to Dismiss."

4.  Based on the original Order on Arraignment, "[a]ny requested voir dire questions and jury instructions must be filed no later than one week before jury selection," or on July 2, 2007. (Doc. #12). The Defendant requests that this Court continue the case to the next available misdemeanor trial term, to afford the Defendant adequate time to prepare her response and to permit an opportunity for a full evidentiary hearing on this matter.

5.      Further, a continuance of this case will afford this Court time for a full review of the pleadings, evidence, and arguments presented prior to the setting of a hearing on the motions.

6.      The Government, by and through Special Assistant United States Attorney, Captain Reese Hays, Esq., has no objection to the granting of the continuance.

7.      Granting a continuance in this case will also serve the interests of justice and best serve this Court's judicial function.

**WHEREFORE**, Defendant respectfully requests that this Motion be granted.

Respectfully submitted,

**s/Patricia Kemp**
**PATRICIA KEMP**
ASB-4592-R80K
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: patricia_kemp@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kent Brunson
Assistant U.S. Attorney
One Court Street, Suite 201
Montgomery, AL 36104

Reese Hays, III
Special Assistant U.S. Attorney
50 LeMay Plaza South
Maxwell AFB, AL 36112

                                          **s/Patricia Kemp**
                                          **PATRICIA KEMP**
                                          ASB-4592-R80K
                                          Attorney for Defendant
                                          Federal Defenders
                                          Middle District of Alabama
                                          201 Monroe Street, Suite 407
                                          Montgomery, AL 36104
                                          TEL:   (334) 834-2099
                                          FAX:   (334) 834-0353
                                          E-Mail: patricia_kemp@fd.org