IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07cr14-SRW |
| | ) | |
| MARIA HINTON | ) | |

## **ORDER**

Upon consideration of defendant's motion to dismiss (Doc. # 21), filed June 7, 2007, and the government's response (Doc. # 27), filed June 26, 2007, and for good cause, it is

ORDERED that the motion is set for an evidentiary hearing on July 27, 2007 at 9:00 a.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 26th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE