# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-14-SRW |
| | ) | |
| MARIA HINTON | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, L. Amber Brugnoli, and enters her appearance on behalf of the Plaintiff, United States of America, in the above styled case.

Done this 19th day of July, 2007.

                                                 Respectfully submitted,

                                               /s/ L. Amber Brugnoli
                                               L. AMBER BRUGNOLI
                                               Special Assistant United States Attorney
                                               42 ABW/JA
                                               50 LeMay Plaza South
                                               Maxwell AFB AL  36112-6334
                                               (334) 953-2786/6035

## CERTIFICATE OF SERVICE

I hereby certify that on this date of July 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                               /s/ L. Amber Brugnoli
                                               L. AMBER BRUGNOLI
                                               Special Assistant United States Attorney
                                               42 ABW/JA
                                               50 LeMay Plaza South
                                               Maxwell AFB, AL  36112-6334
                                               Telephone:  334-953-2786/6035
                                               Fax:  334-953-2787