# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 2:07-cr-14-SRW |
| | ) |
| MARIA HINTON | ) |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Satura McPherson, and enters her appearance on behalf of the Plaintiff, United States of America, in the above styled case.

Done this 14th day of September, 2007.

    Respectfully submitted,

    /s/ Satura McPherson
    SATURA MCPHERSON
    Special Assistant United States Attorney
    42 ABW/JA
    50 LeMay Plaza South
    Maxwell AFB AL  36112-6334
    (334) 953-2786/6035

## CERTIFICATE OF SERVICE

I hereby certify that on this date of September 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

    /s/ Satura McPherson
    SATURA MCPHERSON
    Special Assistant United States Attorney
    42 ABW/JA
    50 LeMay Plaza South
    Maxwell AFB, AL  36112-6334
    Telephone:  334-953-2786/6035
    Fax:  334-953-2787