IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr14-SRW |
| | ) | |
| MARIA HINTON | ) | |

**<u>ORDER</u>**

For good cause, it is

ORDERED that a telephone status conference is scheduled for 9:00 a.m. on September 26, 2007.

Counsel for the government is DIRECTED to set up the conference call.

DONE, this 19th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE