IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-14-SRW |
| | ) | |
| MARIA HINTON | ) | |

## MOTION TO CONTINUE STATUS CONFERENCE

COMES NOW **Satura McPherson** and enters a request for continuance of the telephone status conference set for 9:00 A.M. on September 26, 2007.   The government attorneys will be involved in military court hearings beginning September 26, 2007, and expected to last through the date of September 27, 2007.   The Federal Defender's office was contacted for coordination of another date and time earlier this week, but as of this time, we have not received a response.

Dated this 25th day of September, 2007.

Respectfully submitted,

s/Satura McPherson
SATURA MCPHERSON
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL  36112-6334
(334) 953-2786

CERTIFICATE OF SERVICE

I hereby certify that on this date of September 24, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/Satura McPherson
SATURA McPHERSON
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone: 334-953-2786

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:07-cr-14-SRW** |
| | ) | |
| **MARIA HINTON** | ) | |

**ORDER**

Upon consideration of Government's Motion to Continue Status Conference filed

on September 25, 2007, it is ORDERED that the motion is GRANTED.

DONE, this _____ day of September, 2007.

/s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE