IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr14-SRW |
| | ) | |
| MARIA HINTON | ) | |

**ORDER**

Upon consideration of the government's motion to continue status conference (Doc. # 48), filed September 25, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The telephone status conference is rescheduled from September 26, 2007 to 9:00 a.m. on October 3, 2007.

Counsel for the government is DIRECTED to contact defendant's counsel prior to the conference regarding the status of the case (that is, to discuss whether the case should be retried, dismissed, or resolved by plea or diversion) and to set up the conference call.

DONE, this 25th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE