IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr14-SRW |
| | ) | |
| MARIA HINTON | ) | |

**ORDER**

A mistrial was declared in this matter on September 17, 2007. Accordingly, and for good cause, it is

ORDERED that the case is set for trial on the term commencing on November 5, 2007 at 10:00 a.m.

DONE, this 3rd day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE