IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA         )
                                 )
        v.                       )            2:07cr14-SRW
                                 )
MARIA HINTON                     )

## ORDER

For good cause, it is

ORDERED that a pretrial conference, by telephone, is scheduled for October 31, 2007 at

9:30 a.m.  Counsel for the government is DIRECTED to set up the conference call.

Done, this 29th day of October, 2007.


                              /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE

1