IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07-cr-14-SRW |
| | ) |
| MARIA HINTON | ) |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Susan L. Turley, and enters her appearance on behalf of the Plaintiff, United States of America, in the above styled case.

Done this 1st day of November, 2007.

Respectfully submitted,

SUSAN L. TURLEY
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB AL  36112-6334
Telephone: 334-953-4467
Fax: 334-953-2727
E-Mail: Susan.Turley@Maxwell.af.mil

## CERTIFICATE OF SERVICE

I hereby certify that on this date of November 1, 2007, the foregoing was hand-delivered for filing with the Clerk of the Court and a copy delivered to Christine Freeman, Federal Defenders, Middle District of Alabama, 201 Monroe Street, Suite 1940, Montgomery, AL 36104.

SUSAN L. TURLEY
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone: 334-953-4467
Fax: 334-953-2787