IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr14-SRW |
| | ) | |
| MARIA HINTON | ) | |

### **ORDER**

Pursuant to Fed. R. Crim P. 16(d)(2)(D), the court declared a mistrial in this matter on November 6, 2007. Accordingly, and for good cause, it is

ORDERED that the case is set for trial on the term commencing on March 10, 2008 at 10:00 a.m. The government is DIRECTED to file a thorough report on or before December 13, 2007, informing the court as to how the government intends to prevent discovery problems such as those occurring in this case in future litigation.[1]

DONE, this 7th day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The government's review and report should address, at a minimum, the following: (1) discussion with BX personnel, including store detectives and security police, as well as lawyers, concerning retention, documentation, chain of custody and disclosure policies relating to videotapes, DVDs, merchandise, reports, photographs, tags, logs and other items of potential evidentiary value; (2) review of policies for maintenance and disclosure of witness names and contact information; (3) review of record-keeping concerning prosecutors' efforts to investigate and obtain discoverable material, as well as disclosures of evidence to defendant's counsel; (4) consideration of the use of checklists and logs which permit timely and informed assessment of the status of discovery by lawyers appearing after the case is filed, supervisors, and others; and (5) training of counsel concerning their continuing duty of disclosure.