IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr14-SRW |
| | ) | |
| MARIA HINTON | ) | |

## **ORDER**

A pretrial telephone conference call is scheduled for 4:00 p.m. on March 5, 2008.

Counsel for the government is DIRECTED to set up the telephone conference call.

Done, this 21st day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

1