IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO:2:07cr14-SRW |
| ) | |
| MARIA HINTON ) | |

## **ORDER**

    For good cause, it is

    ORDERED that the Pretrial Conference call currently scheduled for April 30, 2008, at 3:45 p.m. before Hon. Susan Russ Walker is rescheduled to May 1, 2008, at 9:30 a.m. before Hon. Wallace Capel.  Counsel for the government is DIRECTED to set up the telephone conference call.

    It is further that the jury selection and trial currently scheduled before Hon. Susan Russ Walker is reset before Judge Wallace Capel, Jr. on May 5, 2008, at 10:00 a.m., before Hon. Wallace Capel, Jr.in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street,  Montgomery, Alabama.

    DONE this 29th day of April, 2008.

                                           /s/ Wallace Capel, Jr.
                                           WALLACE CAPEL, JR.
                                           UNITED STATES MAGISTRATE JUDGE