IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO:2:07cr14-WC |
| ) | |
| MARIA HINTON ) | |

## VERDICT

### COUNT ONE

We, the jury, find Defendant, Maria Hinton, NOT GUILTY as charged in Count One of the Information.

_____           _____
DATE                                                    FOREPERSON'S SIGNATURE

---

### COUNT ONE

We, the jury, find Defendant, Maria Hinton, GUILTY as charged in Count One of the Information.

_5/6/08_____           _/s/ [signature]_____
DATE                                                    FOREPERSON'S SIGNATURE