IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
                              )
vs.                           )    Case No. 2:07cr14-WC
                              )
                              )
MARIA HINTON

JUROR QUESTIONNAIRE CERTIFICATION

I, __Aylia McKee__, counsel for __Maria Hinton__ do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: __Aylia McKee__
Printed Name of Counsel of Record: __Aylia McKee__
Date: __5/1/08__

If applicable, signature of Person Obtaining Questionnaires: __Alphonso Underwood__
Printed Name of Person Obtaining Questionnaires: __Alphonso Underwood__
Date: __05-2-08__

Received Jury Questionnaire CD from counsel
on 05/05/08

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
                                    )
vs.                                 )    Case No. 2:07cr14-WC
                                    )
                                    )
MARIA HINTON

## JUROR QUESTIONNAIRE CERTIFICATION

I, __Reese Hays__, counsel for __THE USA__, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: _____
Printed Name of Counsel of Record: __REESE HAYS__
Date: __30 APRIL 08__

If applicable, signature of Person Obtaining Questionnaires: _____
Printed Name of Person Obtaining Questionnaires: __CHARISSA T. Piper__
Date: __2 May 08__

Received Jury Questionnaire CD from counsel
on 05/05/08