IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07cr14-WC |
| | ) | |
| MARIA HINTON | ) | |

## **ORDER**

    For good cause, it is

    ORDERED that the defendant, MARIA HINTON, shall appear for sentencing on July 23, 2008 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama.

    DONE this 7th day of May, 2008.

    /s/ Wallace Capel, Jr.
    WALLACE CAPEL, JR.
    UNITED STATES MAGISTRATE JUDGE