IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO: 2:07-CR-14-WC |
| | ) | |
| MARIA HINTON | ) | |

## NOTICE OF FILING EXHIBITS IN SUPPORT OF SENTENCING POSITION

The Defendant, **Maria Hinton**, gives notice of the filing of the following exhibits in

support of her sentencing position:

## TABLE OF EXHIBITS

**Exhibit Number**    **Exhibit Name**

**Military History**

A.    **Commission of Service & Employment**

1.    Mrs. Hinton's Certificate of Release/discharge from Active Duty from
the United States Air Force;

2.    Air Force Personnel Center Website Print-out Showing Mrs. Hinton's
Training, Receipt of Military Honors and Military Employment History;

B.    **Humanitarian Efforts**

3.    Certificate Awarded to Mrs. Hinton Nee Maria Conchi Waters for Her
Humanitarian Civic Action in Iquitos, Peru in September of 2003

4.    Letter to Mrs. Hinton Nee Maria C. Waters, Dated November 24, 1980,
Thanking Her for Her Contributions to the Cuban Refugee Operation;

5.    Letter Dated July 31, 1980 Recommending That Mrs. Hinton Nee
Maria C. Waters Be Awarded for Her Service to Cuban Refugees at

1

Camp Liberty;

**C.    Awards**

6.    Meritorious Service Medal Certificate Awarded to Mrs. Hinton for Her Meritorious Service Rendered from June 16 1995 until February 9, 1998;

7.    Letter of Congratulations Dated July 22, 1996 Regarding Mrs. Hinton Nee Maria C. Waters-Culver , Being Selected as Air Education and Training Command Patient Administration/managed Care non Commissioned Officer of the Year for 1995;

**D.    Retirement**

8.    Photograph of Mrs. Hinton Receiving a Certificate of Retirement at Her Retirement Ceremony on December 1, 2006;

9.    Photograph of Mrs. Hinton Receiving An American Flag at Her Retirement Ceremony on December 1, 2006;

**Education**

10.    Air University Diploma Dated May 19, 1994;

11.    University of Maryland University College Associates of Arts Degree Dated January 31, 1997;

12.    Faulkner University Bachelor of Science Degree Dated May of 2003;

**Letters of Support**

13.    Msgt Vickie V. James (ret) USAF;

14.    William T. Lee Jr., Health Benefit Advisor 42nd Medical Group;

15.    Sgt Jennifer Arriola, USAF;

16.    CMSgt Rainne M. Taylor, 42nd Medical Group Superintendent;

17.    Capt. Randal Webb, USAF, MSC, CHE;

18.    Jean Greene, 42nd Medical Group Contract Liaison;

19.    Wanda Newby, CTR, Tumor Registrat/HIPAA Officer;

20.    Lt. Col Michael O'Connor, USAF, MSC, CHE;

21.    Maj. James Woodson (ret), USAF, MSC, HEM;

## Family Photographs

22.    Photograph of Mrs. Hinton with her Family on her Wedding Day in June of 2006;

23.    Photograph of Mrs. Hinton's Husband, Michael Hinton, with their children.

Respectfully submitted,


**s/Patricia Kemp**
**PATRICIA KEMP**
**ASB-4592-R80K**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: patricia_kemp@fd.org

3

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO: 2:07-CR-14-WC |
| | ) | |
| MARIA HINTON | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

the following: **Kent Brunson, Esquire**, Assistant United States Attorney, and **Lt. Col.**

**Susan Turley**, Special Assistant United States Attorney, 50 LeMay Plaza South, Maxwell

AFB, AL 36112.

Respectfully submitted,

s/Patricia Kemp
**PATRICIA KEMP**
**ASB-4592-R80K**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: patricia_kemp@fd.org

# MILITARY HISTORY

# Commission of Service & Employment

Sep 13 06 01:19a    Conchi                    3343563995                    P.2

CAUTION: NOT TO BE USED FOR          THIS IS AN IMPORTANT RECORD.          ANY ALTERATIONS IN SHADED AREAS
IDENTIFICATION PURPOSES                     SAFEGUARD IT.                          RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) WATERS MARIA CONCHI | 2. DEPARTMENT, COMPONENT AND BRANCH AIR FORCE – REG AF | 3. SOCIAL SECURITY NUMBER 564  47  4259 |
|---|---|---|

| 4a. GRADE, RATE OR RANK SMSGT | b. PAY GRADE E8 | 5. DATE OF BIRTH (YYYYMMDD) 19580209 | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) N/A |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY OAKLAND CA | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) SACRAMENTO CA |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND 42 MEDICAL SUPPORT  SQ  (AET) | b. STATION WHERE SEPARATED MAXWELL AFB  AL |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED NOT APPLICABLE | 10. SGLI COVERAGE  [X] NONE  AMOUNT: $ |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 4A091 - Health Service Management Superintendent, 28 Yrs, 1 Mon. | 12. RECORD OF SERVICE | YEAR(s) | MONTH(s) | DAY(s) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 1978 | Nov | 01 |
| | b. SEPARATION DATE THIS PERIOD | 2006 | Nov | 30 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 28 | 01 | 00 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 01 | 12 |
| | f. FOREIGN SERVICE | 10 | 03 | 29 |
| | g. SEA SERVICE | 00 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2003 | May | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) Joint Service Commendation Medal, Joint Service Achievement Medal, Defense Meritorious Service Medal, Air Force Commendation Medal with 1 oak leaf cluster (OLC), SEE REMARKS | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) USAF Supervisor's Course, 7 Days, Feb 80;  NCO Orientation Course, 7 Days, Jul 81; Supervisory Safety Course, ----SEE CONTINUATION SHEET---- |
|---|---|

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | YES | [X] NO |
|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | [X] YES | NO |

| 16. DAYS ACCRUED LEAVE PAID 20.0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO [X] |
|---|---|---|---|

18. REMARKS
ITEM 13: Meritorious Service Medal with 2 OLC, NCO Professional Military Education Ribbon with 2 OLC, Small Arms Expert Marksmanship Ribbon with 1 bronze service star (BSS), Humanitarian Service Medal with 1 OLC, National Defense Service Medal with 1 BSS, Air Force Overseas Long Tour Ribbon, Air Force Overseas Short Tour Ribbon with Arctic Service Device, Air Force Training Ribbon, Air Force Longevity Service Award with 1 silver OLC, Global War on Terrorism Service Medal, Air Force Organizational Excellence Award, Air Force Outstanding Unit Award with 1 silver OLC and 1 OLC, Air Force Good Conduct ---SEE CONTINUATION SHEET
The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for and/or continued compliance with the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) 115 BRYAN ST PRATTVILLE AL 36066 | b. NEAREST RELATIVE (Name and address - include Zip Code) MICHAEL HINTON 115 BRYAN ST PRATTVILLE AL 36066 |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (AL)  DIRECTOR OF VETERANS AFFAIRS | [X] YES | NO |
|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) PRINCE A. WRIGHT, SMSgt, USAF Supt, Employments and Relocations |
|---|---|

DD Form 214-AUTOMATED, FEB 2000    *PREVIOUS EDITION IS OBSOLETE.*                    MEMBER-1



DEFENDANT'S
EXHIBIT

_1_

1. NAME (LAST, FIRST, MI)   2. DEPARTMENT, COMPONENT AND BRANCH   3. SOCIAL SECURITY
WATERS MARIA CONCHI          AIR FORCE – REG AF                     564 47 4259

4a. GRADE, RATE, OR RANK    4b. PAY GRADE    4c. DATE OF SEPARATION
SMSGT                          E8              2006 Nov 30

ITEM 14: 8 Hrs, Feb 83; NCO Leadership School, 4 Wks, Feb 87; Health
Services Management 7-Level Course, 4 Wks, Nov 93; NCO Academy, 6 Wks,
May 94; Medical Evaluation Board/Peblo Course, 5 Days, Mar 97; Contracting
Statement of Work Compliance, 5 Days, May 98; American Cancer Society
Certified Tobacco Cessation Facilitator, 8 Hrs, Jan 00; Health Insurance
Portability and Accountability Act of 1996 (HIPAA), 8 Hrs, Nov 02; TRICARE/
Managed Care, 5 Days, Jan 03; Foreign Language Proficiency Exam (Spanish),
8 Hrs, Jun 03; Customer Service Course, 8 Hrs, Jun 03; USAF First Sergeant
Academy - Additional Duty Course, 5 Days, Nov 03; USAF Senior NCO Academy,
8 Wks, Nov 03; Senior Execitive Staff Privacy Refresher Course, 8 Hrs, May
04; Patient's Rights, Ethics and Responsibilities, 8 Hrs, Sep 04; Clinical
Patient Safety - Ciolence in the Workplace, 8 Hrs, Sep 04; CBRNE Emergency
Medical Prepareness and Response - Responder and Executive Course, 5 Days,
Nov 04; Heartsaver AED, 8 Hrs, Feb 05; Microsoft FrontPage 2000 Course, 8
Hrs, May 05.   ITEM 18: with 1 silver OLC and 3 OLC, Master Enlisted Medical
Badge.   Subject to Recall to Active Duty by the Secretary of the Air Force.
- - - - - - - - - - - - - - - - - - - - - - NOTHING FOLLOWS - - - - - - - - - - - - - - - - - - - - - - - - -

_____
WATERS MARIA CONCHI

_____
PRINCE A. WRIGHT, SMSgt, USAF
Supt, Employments and Relocations



**DEFENDANT'S EXHIBIT**

**2**

Oct 04 06 08:36a    Conchi                    3343563995                    p.6

Personal Information - Education & Training                                  Page 1 of 2

vMPF  *Individual Actions*                      Secure Log Out

vMPF Home · Ind Actions Home · Sitemap · FAQs · Glossary · Help    Go to Site Contents ▾

**Pages**

Introduction

Individual

### EDUCATION & TRAINING INFORMATION

The Air Force Personnel Center database reflects the following information. If there are any errors, contact your local servicing Military Personnel Flight (MPF).

Duty:
Current
History

Assignments

Performance Reports

Promotion

Reenlistments

Awards & Decs

Aircrew

Education & Training

Service

View/Print All Pages

NAME: MARIA C WATERS    RANK: SMS    SSAN: XXX-XX-4259    DATE: 30 JUN 2005

EDUCATION LEVEL: AWARDED BACCALAUREATE DEGREE
DATE COMPLETED: 03 MAY 2003
SPECIALTY: HUM RES MGT/PERS ADM.
METHOD: TUITION ASST

EDUCATION LEVEL: AWARDED ASSOCIATE DEGREE
DATE COMPLETED: 01 JAN 1997
SPECIALTY: GENERAL/LIBERAL STUDIES
METHOD: TUITION ASST

EDUCATION LEVEL: AWARDED ASSOCIATE DEGREE
DATE COMPLETED: 01 OCT 1994
SPECIALTY: HLTH-CARE-MGT
METHOD: COM COL AF (CCAF)

PROFESSIONAL MILITARY EDUCATION:

| COURSE | DATE COMPLETED | METHOD |
|---|---|---|
| USAF SENIOR NCO ACADEMY | 19 NOV 2003 | RESIDENCE/NON-RES |
| NCO ACADEMY | 01 MAY 1994 | RESIDENCE |
| NCO LEADERSHIP SCHOOL | 01 FEB 1987 | RESIDENCE |

AQE/ASVAB SCORES: ADMIN-49 ELECTRICAL-72  GENERAL-68  MECHANICAL-76

FOREIGN LANGUAGE SELF ASSESSMENT:

| DATE | LANGUAGE | LEVEL |
|---|---|---|
| 01 OCT 1996 | SPANISH CASTILIAN | FLUENT - NATIVE/NEAR-NATIVE ABILITY |

DEFENSE LANGUAGE PROFICIENCY TESTS (DLPT):

| LANGUAGE | READ | LISTEN | SPEAK |
|---|---|---|---|
| 1. SPANISH | PROFICIENT | PROFICIENT | |

GI BILL ELIGIBILITY:  MEMBER ENROLLED IN MGIB FROM VEAP (PAYROLL DEDUCTION)

THIS DOCUMENT CONTAINS INFORMATION WHICH MUST BE PROTECTED
IAW AFI 33-332 AND DOD REGULATION 5400.11.
PRIVACY ACT OF 1974, AS AMENDED, APPLIES.

Print This Page

3343563995                    p.8

Oct 04 06 08:37a    Conchi
Personal Information - Awards and Decorations                    Page 1 of 2

 *vMPF* *Individual Actions*    

vMPF Home · Ind Actions Home · Sitemap · FAQs · Glossary · Help    Go to [Site Contents ▼]

### Pages

Introduction

Individual

Duty:
Current
History

Assignments

Performance Reports

Promotion

Reenlistments

Awards & Decs

Aircrew

Education & Training

Service

View/Print All Pages

### AWARDS AND DECORATIONS INFORMATION

The Air Force Personnel Center files reflect that you are authorized to wear the following awards and decorations. They are listed in order of precedence and displayed as you would wear them on the uniform in accordance with current standards for dress and appearance. There may be unique circumstances (such as prior service in a different branch of the armed forces) which may authorize you additional ribbons and/or devices. For additional information, refer to AFI 36-2803, *The Air Force Awards and Decorations Program.*, AFI 36-2903 *Dress and Personal Appearance of Air Force Personnel*, or visit your local Military Personnel Flight.

NAME: MARIA C WATERS    RANK: SMS    SSAN: XXX-XX-4259    DATE: 30 JUN 2005

| AWARDS AND DECORATIONS | DEVICES |
|---|---|
| 1. Defense Meritorious Service Medal | 0 |
| 2. Meritorious Service Medal | 1 |
| 3. Joint Service Commendation Medal | 0 |
| 4. Air Force Commendation Medal | 1 |
| 5. Joint Service Achievement Medal | 0 |
| 6. AF Outstanding Unit Award | 6 |
| 7. AF Organizational Excellence Award | 0 |
| 8. AF Good Conduct Medal | 8 |
| 9. National Defense Service Medal | 1 |
| 10. Global War on Terrorism Service Medal | 0 |
| 11. Humanitarian Service Medal | 0 |
| 12. AF Overseas Ribbon Short | 0 |
| 13. AF Overseas Ribbon Long | 0 |
| 14. AF Longevity Service | 5 |
| 15. USAF NCO PME Graduate Ribbon | 2 |
| 16. Small Arms Expert Marksmanship Ribbon | 1 |
| 17. AF Training Ribbon | 0 |



(Artie Sue David)A

If there is an error, view known problems or information on corrective action.

THIS DOCUMENT CONTAINS INFORMATION WHICH MUST BE PROTECTED
IAW AFI 33-332 AND DOD REGULATION 5400.11.
PRIVACY ACT OF 1974, AS AMENDED, APPLIES.

Oct 04 06 08:37a    Conchi

Data Verification Brief

 

vMPF Home · Self-Service Actions Home · Sitemap · Glossary · Help    Go to Site Contents

Pages

Introduction

DVB

DVB Guide

Active Duty Enlisted I

| | | SSAN: XX |
|---|---|---|
| RANK: SMS | NAME: WATERS, MARIA C | DU |
| DAFSC: 4A091 | BASE: MAXWELL | DO |
| PSN#: 0J0253896 | COMMAND: AIR EDUCATION AND TRAINING COMMAND | EDI |
| PAS: MGQJFM9B | UNIT: 42 MEDICAL SUPPORT SQ | #D |
| SVC COMP: REGULAR | OFFICE SYMBOL: SGST | |
| RACE: WHITE | | RE |
| MAR STAT: DIVORCED | SPOUSE SSAN: | JOI |
| SPOUSE STATUS: | | |

RESTRICTIONS

DUTY STATUS: 00-PRESENT FOR DUTY
AAC EXP:                          ASG AVL CD: ,
ALC EXP:                          ASG LIM CD: ,

SERVICE DATES

DAS: 31 MAR 2001        1405 DT: 29 OCT 1978
DEROS: 24 MAR 2001     DDLDS: 14 MAR 2001        PAYDT: 19 SEP 1978
ODSD: 14 APR 2001       DOS: 03 DEC 2006
STRD: 28 APR 1999        EAD: 01 NOV 1978           RSSP:
ADSCD                          ADSC RSN                                    ADSCD
30 APR 2005                  PROMOTION                                  30 MAR 20

EPR DATA

| CLOSEOUT | RATING | CLOSEOUT | RATING | CLOSEOU |
|---|---|---|---|---|
| 31 JUL 2005 | 5B | 01 DEC 2001 | 5B | 10 JAN 19 |
| 31 JUL 2004 | 5B | 01 DEC 2000 | 5B | 01 MAR 19 |
| 31 JUL 2003 | 5B | 28 JAN 2000 | 5B | 01 MAR 19 |
| 30 SEP 2002 | 5B | 10 JAN 1999 | 5B | 19 APR 19 |

PME INFORMATION

COURSE                                        METHOD
USAF SENIOR NCO ACADEMY          RESIDENCE/NON-RES
NCO ACADEMY                              RESIDENCE
NCO LEADERSHIP SCHOOL              RESIDENCE

SECURITY INFORMATION                    LANGUAGE INFORM

SEC CLR: SECRET                              LANG-BEST: SPANISH
TYPE CLR: PERIODIC REINVEST-SECRET/CONFIDENTIAL    LANG-2nd:
CLR DT: 06 OCT 1994                        DLAB SCORE: 93
PRP STAT:                    NEI:            DLAB DATE: 01 APR 1982

AFSC INFORMATION                          SPECIAL EXPERIENCE I

PAFSC: 4A091        2AFSC:        3AFSC:

ACADEMIC INFORMA

| DEGREE | CODE | ACADEMIC SPECIALTY |
|---|---|---|
| AWARDED BACCALAUREATE DEGREE | 1AOY | HUM RES MGT/PERS ADM |
| AWARDED ASSOCIATE DEGREE | 0GYY | GENERAL/LIBERAL STUDIES |
| AWARDED ASSOCIATE DEGREE | 7GCY | HLTH-CARE-MGT |

DECORATIONS

3343563995

p.10

Oct 04 06 08:37a    Conchi

Page 2 of 2

Data Verification Brief

| DECORATION | AUTH # | NO. | CLOSE DATE | APPROVAL |
|---|---|---|---|---|
| DEFENSE MERITORIOUS SERVICE MEDAL | 2315 | 1 | 18 MAY 1992 | 01 JUN 199 |
| MERITORIOUS SERVICE MEDAL | 343 | 2 | 17 MAR 1999 | 01 FEB 199 |
| JOINT SERVICE COMMENDATION MEDAL | 40 | 1 | 30 SEP 1980 | 01 OCT 198 |
| AIR FORCE COMMENDATION MEDAL | 21 | 2 | 19 MAY 1995 | 01 MAY 199 |
| JOINT SERVICE ACHIEVEMENT MEDAL | 64 | 1 | 14 APR 1991 | 01 JUN 199 |

### DUTY HISTORY

| DAFSC | DUTY TITLE | ORGANIZATION |
|---|---|---|
| -4A091 | 42 MDSS SUPERINTENDENT | 0000 0042 MDP SQ |
| -4A071 | 42D MDSS SUPERINTENDENT | 0000 0042 MDP SQ |
| -4A071 | NCOIC, BENEFICIARY SUPPORT SERV | 0000 0042 MDP SQ |
| -4A071 | NCOIC, TRICARE FLIGHT | 0000 0042 MDP SQ |
| 4A071 | NCOIC, TRICARE FLIGHT | 0A00 0052 MDP SQ |
| 4A071 | SUPERINTENDENT, TRICARE FLIGHT | 0A00 0052 MDP SQ |
| 4A071 | MED LIASON OFFICER QAE | 0000 0012 SWN SQ |
| 4A071 | FLIGHT CHIEF, P&A / SUPT 47MDSS | 0000 0047 MDP SQ |
| 4A071 | FLIGHT SERGEANT, TRICARE | 0000 0047 MDP·SQ |
| 4A071 | TRICARE FLIGHT SERGEANT | 0000 0047 MDP SQ |
| 4A071 | NCOIC, MANAGED CARE FLIGHT | 0000 0065 MDP SQ |
| 4A071 | SUPERINTENDENT PATIENT ADMIN | 0000 0065 MEG GP |
| 4A071 | NCOIC, PATIENT ADMINISTRATION | 0000 0065 MEG GP |

ASSIGNMENT PREFERE

CONUS PREFERENCES

| | | |
|---|---|---|
| 1: MACDILL AFB FL | 2: FLORIDA | 1: AVIANO ITALY |
| 3: | 4: | 3: LAJES PORTE |
| 5: | 6: | 5: ANDERSON GUAM |
| 7: | 8: | 7: |

THIS DOCUMENT CONTAINS INFORMATION WHI
IAW AFI 33-332 AND DOD REGULA
PRIVACY ACT OF 1974, AS AMEND

Print This Page

Back to Top

vMPF Home · Self-Service Actions Home · Sitemap · Glossary · Help

# Humanitarian Efforts



SMSgt Conchi Waters

In Recognition

for

Exemplary effort and dedication
during the Humanitarian Civic Action
by USSOUTHCOM/MAG Lima

to

Iquitos, Peru

15-26 September 2003

David G. Young III, Brig Gen, USAF, MC, CFS
Commander, 81st Medical Group





DEFENDANT'S
EXHIBIT
3

Oct 04 06 11:03p     Conchi                    3343563995                    p.2



**DEPARTMENT OF THE AIR FORCE**
USAF REGIONAL HOSPITAL MAXWELL (ATC)
MAXWELL AIR FORCE BASE, AL 36112

REPLY TO
ATTN OF  SG                                              24 November 1980

SUBJECT  Letter of Appreciation

TO  AlC Maria C. Waters
    USAF Rgn Hosp Maxwell
    Maxwell AFB AL 36112

    Let me add my thanks to those of General Davis and Lt General Umstead in
    appreciation for your contribution to the Cuban Refugee operation.  It is a
    pleasure for me to forward these comments to you.


    BLAIR R. BEHRINGER              1 Atch
    Colonel, USAF, MC,              Ltr, AU/CC, w/Atch
    Commander


AIR FORCE—A GREAT WAY OF LIFE

**DEFENDANT'S
EXHIBIT**

4

Oct 04 06 11:04p     Conchi                3343563995                      p.5



DEPARTMENT OF THE AIR FORCE
USAF REGIONAL HOSPITAL EGLIN (AFSC)
EGLIN AIR FORCE BASE, FLORIDA 32542

3 1 JUL 1980

USAF Regional Hospital Maxwell (SGQ)
Maxwell AFB AL 36112

Dear Commander

As physician in charge of the day shift at Camp Liberty, Air Transportable
Clinic for support of the Cuban refugees, I have had the opportunity to
work very closely with AIC Maria C Waters as an interpreter. She demon-
strated superb dedication and compassion for the medical care and support
of the Cuban people. AIC Waters did not limit her duties to that of
interpreting but became a very integral part of the overall medical care
system. Because of her outstanding performance she won the love and respect
of co-workers and Cubans alike. My experiences with the Cuban refugees and
Camp Liberty have been an enlightening period of my life which has been
enhanced by the outstanding contributions of AIC Waters. I feel AIC Waters
should be bestowed the highest awards offered from this successful effort
of the United States Government.

Sincerely

Daniel Cooley
DANIEL J. COOLEY, Lt Col, USAF, MC
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

DEFENDANT'S
EXHIBIT
5

# Awards

Oct 04 06 10:52p     Conchi

# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969
HAS AWARDED

## THE MERITORIOUS SERVICE MEDAL



TO

MASTER SERGEANT MARIA C. WATERS-CULVER

FOR

MERITORIOUS SERVICE
16 JUNE 1995 TO 9 FEBRUARY 1998

THIS

GIVEN UNDER MY HAND
DAY OF

19

DAN R. GOODRICH, Colonel, USAF
Commander

AF FORM 2276, FEB 65



DEFENDANT'S EXHIBIT
6
tabbies



HEADQUARTERS AIR EDUCATION AND TRAINING COMMAND
UNITED STATES AIR FORCE
Office of the Commander
1 F Street Ste 01
RANDOLPH AIR FORCE BASE TEXAS 78150-4324

2 2 JUL 1996

Master Sergeant Maria C. Waters-Culver, USAF
Superintendent, Managed Care Flight
47th Medical Group
590 Mitchell Boulevard
Laughlin AFB TX 78843-5244

Dear Sergeant Waters-Culver

    Congratulations on being selected as the Air Education and Training
Command Patient Administration/Managed Care SNCO of the Year for 1995.
This honor, acknowledging your outstanding performance and professional
qualities as a Patient Administration/Managed Care SNCO, makes you our
command nominee for this award.

    We are honored to recognize you as one of our finest and are confident
that you will compete well at Air Force level. Best wishes for continued
success.

                    Sincerely

                    BILLY J. BOLES
                    General, USAF
                    Commander

DEFENDANT'S
EXHIBIT
7

# Retirement



Mrs. Hinton receives a Certificate of Retirement from U.S. Commander Donald Faust at her military retirement ceremony on December 1, 2006

DEFENDANT'S EXHIBIT
8
tabbies



Mrs. Hinton is presented with an American flag at her military retirement ceremony on December 1, 2006.

tabbies

DEFENDANT'S
EXHIBIT

9

# EDUCATION

Oct 04 06 11:01p    Conchi    3343563995    p.4

AU FORM 34, APR 93

# Air University

## UNITED STATES AIR FORCE
## NONCOMMISSIONED OFFICER ACADEMY

TSgt MARIA CONCHI WATERS-CULVER

SUCCESSFULLY COMPLETED THE COURSE OF INSTRUCTION
AND IS AWARDED THIS

DIPLOMA

ON THE 19th DAY OF MAY 1994
AT MCGUIRE AIR FORCE BASE, NEW JERSEY

COMMANDANT

LIEUTENANT GENERAL, UNITED STATES AIR FORCE
COMMANDER, AIR UNIVERSITY



tabbies®

DEFENDANT'S
EXHIBIT

10

3343563995                    p.1

Oct 04 06 10:55p    Conchi



# UNIVERSITY OF MARYLAND UNIVERSITY COLLEGE
### EUROPEAN DIVISION

# Certificate of Completion
## The degree of
## Associate in Arts

was awarded to     Conchi Waters-Culver

on     January 31st, 1997     . The official diploma will be forwarded separately.

*Ruby Kelly-King*
Ruby Kelly-King
Registrar
European Division

UMRG-030f (0895)

DEFENDANT'S
EXHIBIT

tabbies

11

# Faulkner University

Montgomery                                    Alabama



By authority of the Board of Trustees and on recommendation of the Faculty, Faulkner University hereby confers on

## Maria Conchi Waters

the degree of

## Bachelor of Science

### Management of Human Resources

with all the honors, rights and privileges thereto pertaining.

In Witness Whereof, the Seal of the College and the signatures of the duly authorized officers are hereunto affixed.

Given at Faulkner University, in the State of Alabama, this month of May, two thousand three.

_Chairman, Board of Trustees_

_Registrar_

_President_

_Vice-President, Academic Affairs_


DEFENDANT'S EXHIBIT
12

# LETTERS
# OF
# SUPPORT

18 December 2006

MEMORANDUM FOR REVIEWING AUTHORITIES

FROM: MSgt Vickie V. James

SUBJECT: Character Statement for SMSgt Maria C. Hinton

1. I am retired MSgt Vickie Vestal James of the USAF. I retired last June after 20 years of honorable service. My last assignment was at Maxwell AFB from August 2000 through April 2006. During my assignment at Maxwell I was the NCOIC, Dental Services Flight for 4 years. On three separate occasions I accepted the award of Senior Noncommissioned Officer of the Quarter for the Wing. I remained very active in squadron, group and wing activities, as well as in the community before I retired. One honor I received for my community service included the Maxwell-Gunter Angel Volunteer Award for 2004. Other actives included participation in the Maxwell-Gunter Top 3 Organization and Ridgecrest Baptist Church in Montgomery, Alabama. During my service, I received the Meritorious Service Medal with one oak leaf cluster and the Humanitarian Medal for contributions made after Hurricane Katrina. I made SrA below-the-zone and Master Sergeant the first time I tested.

2. I have known SMSgt Maria Conchi Hinton for about 5 years while assigned to the 42nd Medical Group. Conchi and I attended the First Sergeant Additional Duty Course at Hurbert Field, Florida and both of us filled in as First Sergeant for the Medical Group during the deployment of the First Sergeant. I have also worked with Conchi on several committees to help raise funds for the American Red Cross Appreciation Day (she was appointed as the POC for this project). Retiree Appreciation Day and the Hispanic Heritage Committee, where she was selected as the President of the committee. Conchi has such a good heart and enjoys doing nice things for others. She doesn't hesitate to give a hand to those in needs or to just help put a smile on someone's face to help make their day. Conchi and I also worked together on Maxwell-Gunter Top 3 projects. My strong relationship with Conchi goes beyond the professional level.

3. We also have a personal relationship outside of work; both of us have been to each other's houses on numerous occasions. Conchi and I have gone to movies, out to dinner, church events, etc. I came back to Montgomery last July to attend Conchi's wedding and to take care of her son, while she was on her honeymoon. I consider Conchi to be one of my best friends and I would do anything for her. I was in Montgomery right before Thanksgiving and she and I went to lunch together and caught-up on each other's lives. Since I have moved to Indiana, I do not get to see Conchi as much as I would like, but we still stay in touch with each other and talk on the phone.

4. In all my years of knowing Conchi, I have always known her to be committed to the Air Force and to all of the Airmen. A normal person does not give any organization 28 years of their life if they are not dedicated and committed to such an organization. The mere fact that SMSgt Hinton has been in the Air Force for 28 years of her life should speak great volumes in itself. SMSgt Hinton was chosen on several occasions to fill in as the 42nd Medical Group's First Sergeant and if SMSgt Hinton was not of the highest caliber SNCO, she never would have been selected to perform such a prestigious position. SMSgt Hinton was asked by the Medical Group Commander to fill this position in the absence of the group's First Sergeant. The commander did not have to pick SMSgt Hinton, because there were plenty of other SNCO's in the Medical Group that he could have chosen



DEFENDANT'S EXHIBIT

13

from and chose not too. SMSgt Hinton has all the qualities that the Air Force is looking for; she is dependable, reliable, hard-working, conscientious, honest, peace-maker, courteous, helpful and solid. I can testify to the fact that SMSgt Hinton possesses the Air Force core values of 1) integrity first, 2) service before self, and 3) excellence in all she does.

5. SMSgt Hinton is extremely dedicated to both of her families and what I mean by that is 1) her Air Force family and 2) her own personal family. Conchi always takes care of the young Airmen, NCO's, and her fellow SNCO's and tries to ensure the morale is always high and makes certain the troops always have what they need in order to do their jobs. A testimony to this fact is that the Airmen feel comfortable and confident that they can go to SMSgt Hinton when they have a problem or concern. I have never known Conchi's character to ever be in question; she is a person of great integrity and she is truly dedicated to her family and their well-being. Conchi puts her family and friends before herself and she would sacrifice for them willingly without even thinking about it, because that's the type person she is. Conchi is also a Christian woman who has very high values, morals and beliefs. These values/beliefs would not allow her to do what she is being accused of doing. SMSgt Hinton is active in her church and receives excellent morale support from her Christian friends and family. SMSgt Hinton has provided a tremendous support to her squadron, the Medical Group, and the Wing. Her work has been a major factor to Maxwell AFB, AL, the USAF, and to the United States of America's success for without her ... none of these would be as great as they are. I can confidently say that SMSgt Hinton is an expert in her field and that I would happily serve next to her again; I consider her to be a valuable AF member and a great teacher. SMSgt Hinton has a positive attitude and is a great team player who uses sound judgment when making decisions.

6. SMSgt Hinton is a wonderful person and friend who I have never heard anyone say anything about her character or reputation, that would make me think she is anything but a superior person with a great reputation. I have always seen SMSgt Hinton handle extreme pressure in a cool and collective way. SMSgt Hinton is not easily rattled and thinks/performs well on her feet and in the heat of battle. What SMSgt Hinton is being accused of is totally out of character for her and there has to be a reasonable explanation for this incident. I would ask the reviewing authority to use leniency when determining her punishment. SMSgt Hinton worked hard during her 28 years in the Air Force as a single mom for most of those years, but she never missed a beat. She came to this country at the age of 19 and when she was 20 she joined the AF. She quickly learned the American ways, the language, pursued her education, graduated with a Bachelors degree, and achieved great recognitions and awards during her long AF career. She is a fantastic woman and a commendable Senior Master Sergeant whom I admire deeply ... please; let her retire with the same pride she served her country as a SMSgt.

7. If you have any questions or want to discuss these matters, my telephone numbers are (812) 637-0678 (home) and my cell phone number is (812) 290-3843.

Vickie V. James

VICKIE V. JAMES, MSgt (ret), USAF

18 December 2006

MEMORANDUM FOR REVIEWING AUTHORITIES

FROM:  William T. Lee, Jr.

SUBJECT:  Character Statement for SMSgt Maria C. Hinton

1.  I, William T. Lee, Jr., am currently a GS-7, as a Health Benefit Advisor at the 42d Medical Group, Maxwell-Gunter AFB, Alabama.  I retired from the Air Force in 1992 after 20 years of service.  At the time I was a Dental Superintendent at Gunter Dental Clinic.  After my retirement, I started working with the Civil Service in February of 1994.

2.  I met SMSgt Maria C. Hinton in March 2001.  SMSgt Hinton's first duty assignment on Maxwell Air Force Base was as the TRICARE Flight Superintendent and my immediate supervisor.  I worked under her supervision for approximately 2 years and during that time, we developed a strong professional friendship.  When she moved from one area of responsibility to another within the clinic, our friendship continued.  Although we did not frequent the same off-duty social circles, we knew each other's families and we frequently shared our stories and experiences.  I have a good deal of respect for SMSgt Hinton … she is a true leader!

3.  I found SMSgt Hinton to be a knowledgeable, professional, hard-working and fair minded supervisor.  She carried the AF mission in every way.  Her focus was on the customer, and she made every effort to ensure customers were treated with respect and that the appropriate actions were taken to meet their requirements.  She exemplified the same attitudes towards her peers and co-worker.  As the 42d Medical Group 4A0 Functional Manager, SMSgt Hinton's mentorship was felt all over the facility.  Young Airmen and senior staff have trusted her knowledge and vast experience and often would come to her for advice and guidance.  Always showing compassion, and always putting them before self.  In addition, I found through our discussions that SMSgt Hinton is a spiritual person, with grounded beliefs that guide her actions in every way.  It was these insights to her character that led to our friendship, and that led me to write this letter on her behalf.

4.  I am generally familiar with the allegations in this case and I find they are inconsistent with the individual I have come to know.  In closing, I hope this letter will provide a better insight of the person I know.  I do understand we must be accountable for our actions, but I also believe penalty should be proportional with the offense.  I believe the proposed penalty in this case is grossly disproportionate with her actions.  Twenty-eight years of excellent service should account for more than a certificate of retirement.  Therefore, I urge you not to take the drastic action of removing a stripe from an Airman that has given so much for this country.  She will be forever in my mind a true Senior Master Sergeant of the United States Air Force!

5.  If you have any questions or want to discuss these matters further, I can be reached at (334) 953-6509.

WILLIAM LEE
Health Benefit Advisor
42nd Medical Group
Maxwell Air Force Base, Alabama

DEFENDANT'S
EXHIBIT
14

18 Dec 06

MEMORANDUM FOR: REVIEWING AUTHORITIES

FROM: SSgt Jennifer Arriola

SUBJECT: Character Statement for SMSgt Maria C. Hinton

1. My name is Jennifer Arriola. I hold the position as a Staff Sergeant in the Air Force. I am currently assigned to the 325th Medical Support Squadron at Tyndall Air Force Base, FL. I have been in the military for 6 years and spent my first 5 years at the 42d Medical Support Squadron, Maxwell Air Force Base, and AL. During this time, I served with SMSgt Maria C. Hinton.

2. I can attest to having known SMSgt Maria C. Hinton for approximately 6 years. SMSgt Hinton had a great deal of influence over my career during this time. She was my direct supervisor, career field functional advisor, and friend while stationed at Maxwell AFB. She has been an ideal mentor for me as well as an excellent example for many Airmen she supervised. I remember her as being well respected and liked, both at work and in the community. She worked hard to earn a degree from Faulkner Christian University while being a single mother serving her country. I admire her professional statue and hold her in the highest regard.

3. When the time came for me to be promoted, I chose her to pin on my very first stripe. Her supportive nature inspired me to strive to be more than ordinary. Under her watchful leadership, I was honored with the 42d Medical Support Squadron Airman of the Quarter award. This award opened new and rewarding challenges that improved my AF career immensely. She attended my Airman Leadership Graduation and was the first person to congratulate me when I made Staff Sergeant. SMSgt Hinton is very intelligent, polite, and trustworthy. She is an excellent mother and has a heart of gold. I would happily serve next to SMSgt Hinton again, any time, and any place, because she is a valuable AF member and a great mentor who consistently achieves good results and exceeds all expectations.

3. I have always looked up to SMSgt Hinton. In my times of trouble whether at Maxwell or here at Tyndall, I asked for her advice because I always knew she would lead me in the right direction. It is completely out of her character to commit any kind of crime. She is the most reliable and considerate friend a person could have. I believe that I am generously blessed by God for letting me meet an angel like SMSgt Hinton.

4. I am generally familiar with the allegations concerning this case. I am positive that there must have been a mistake when I hear the allegations. SMSgt Hinton's personal integrity and honesty is irreproachable. I can confidently say she is a solid and trustworthy Senior Master Sergeant who has given so much to the Air Force and to our country. She deserves your compassion; allow her to keep the rank she has truly earned.

DEFENDANT'S
EXHIBIT

15

5. If I can be of any assistance, please do not hesitate to contact me at (850) 532-5533 or by e-mail, Jennifer.Arriola@tyndall.af.mil.  Thank you for your time.

JENNIFER ARRIOLA, SSgt, USAF
MAC, MSA, ADM Manager



DEPARTMENT OF THE AIR FORCE
42D AIR BASE WING (AETC)
MAXWELL AIR FORCE BASE ALABAMA

19 Dec 06

MEMORANDUM FOR REVIEWING AUTHORITIES

FROM:  Chief Master Sergeant Rainne Taylor

SUBJECT:  Character Statement for SMSgt Hinton

1.  I, CMSgt Rainne M. Taylor, am assigned to the 42d Medical Group at Maxwell-Gunter AFB, Alabama.  I have served all of my 26+ years in the AF Medical Service.  I have been a senior noncommissioned officer for 12 years as of January 2007.  I consider myself to be a firm but fair leader.

2.  I met SMSgt Maria C. Hinton within the first few days of my arrival to the unit in September 2005.  During my first month at the MDG, I interviewed each of the assigned SNCOs to include SMSgt Hinton.  Following this meeting, my impression of her abilities as a SNCO was positive.  Additionally, I reviewed a good number of her previous EPRs (I cannot recollect the exact number but would guess at least 5 or more years' worth.)  While I do not recall the specific achievements within these EPRS, I can remember being impressed by the many accomplishments recorded in them. Shortly thereafter, I assigned her the task of managing the 2005 Annual Medical Service Award packages and was very pleased with her work ethic and organizational skills.  After working with her on this project, I felt she was being underutilized in her assigned position as the Unit's Reserve Coordinator and recommended her for the position of squadron superintendent.  She was selected as the 42 MDSS Superintendent and all feedback I received while she performed these duties was positive.  I have no doubt she worked very hard in this position and her efforts were appreciated by squadron, as well as, group personnel.  Both the number of attendees and the comments made to and about SMSgt Hinton at her very-well attended retirement ceremony were evidence of the high regard staff members held for her.

3.  To say I was shocked when I received the news of SMSgt Hinton's off-duty actions does not even remotely come close to describing my disbelief.  In all honesty prior to this phone call, I would have bet a year's pay this would NEVER happen.  I remain heavy-hearted by this sad ending to previously distinguished career.  My concern is for both for SMSgt Hinton and the members of our unit who looked to her for leadership during her tenure here. To mitigate the negative effect this type of issue might have on our staff, leadership has handled discussion and/or action on a "need-to-know" basis.  I believe we have done a very good job in this effort

4.  I would like to note the consequences SMSgt Hinton has experienced to date as I perceive them.  Professionally she has lost the well-earned respect of those who are aware of her actions to include senior leadership and a few peers, her retirement medal has been revoked, and plans to rehire her as a civilian employee in our unit have been terminated.   While I am not privy to the personal anguish she might have suffered I suspect the embarrassment alone must be unimaginably painful.  As she faces further actions, I am truly grateful I do not have the



DEFENDANT'S
EXHIBIT

16

responsibility of deciding what is a just punishment for this offense ... most notably at the closure of a 28-year, honorable career.

5. I am generally familiar with the allegations in this case.

6. If you have any questions or want to discuss these matters, my telephone number is (334) 953-5080.

RAINNE M. TAYLOR, CMSgt, USAF
42d Medical Group Superintendent



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS UNITED STATES AIR FORCE
WASHINGTON, DC

20-Dec-06

Capt Randall Webb
5201 Leesburg Pike, Suite 1501
Falls Church, VA 22060

Distinguished Reviewing Authorities

Thank you for the opportunity to provide a character statement on behalf of SMSgt Maria C. Hinton. I am Captain Randall Webb and I currently serve as the Deputy Chief, Health Facilities Modernization, Program Analysis, and Budget, Office of the Surgeon General of the United States Air Force. Additionally, I was recently selected for promotion to major after earning a definitely promote from United States Air Forces Europe (USAFE). I was commissioned after nearly 14 years as an enlisted Airmen and I have over 20 years on active duty in our beloved Air Force.

I was SMSgt Hinton's direct supervisor for nearly 3-years and I have known her for over six years all together. During the years since my direct supervision I have maintained contact on average 1-2 times each year. I make it a point to maintain lines of communication with a number of my prior staff members and troops that I have mentored through the years. SMSgt Hinton's character has been above reproach as long as I have known her. As I detailed in the EPRs I wrote on her she is one of the best Senior NCOs and perhaps more importantly best people I have had the opportunity to serve with during my career. SMSgt Hinton was simply a pleasure to serve with.

I am familiar with the general allegations that pertain to the need to write this letter in the first place. What I can say based on the most current information that I have available is that this scenario is completely out of character for SMSgt Hinton. It is inconsistent with her high level of professionalism, exceptional work ethic, dedication to duty, and willingness to help anyone in need. In matters such as this the hardest thing to ascertain is the intent of the individual, but knowing SMSgt Hinton as I know her I am disinclined to belived this was an egregious criminal act; rather it was a mistake that if we are not careful could have incongruent consequences. Based on the dollar value involved I am not sure what compels this matter to the Courts Martial venue, but this distinguished veteran of more than 26-years of dedicated service deserves a more judicious closure to this matter; such a closure would not threaten her stripe, retirement benefits, or further tarnish her career. The embarrassment that she has endured by this incident occurring at the culmination of her career has been punishment enough.

Finally and perhaps the most perplexing question that we should asked is why would someone with this career stature and status take such an uncharacteristic risk. The answer to this question could reveal that what appears to be a bad situation, might ultimately prove to be an opportunity to extend a helping hand in the Wingman tradition. Please contact me if any clarification or additional discussion is required. My contact number is 703-681-6052 (DSN 761) or randall.webb@pentagon.af.mil.

RANDALL WEBB, Capt, USAF, MSC, CHE
Deputy Chief, Health Facilities Modernization, Program
Analysis, & Budget



DEFENDANT'S
EXHIBIT

17

20 December 2006

MEMORANDUM FOR REVIEWING AUTHORITIES

FROM: Jean Greene

SUBJECT: Character Statement

1. I am Jean Greene, GS-09, Supervisory Health Systems Specialist. I am employed by the Department of Defense and currently work at the Maxwell Clinic. My employment with the Medical Group began in May of 1981 and during those 25 years I worked in several areas of Patient Administration. I currently oversee the TRICARE contract as the MTF Contract Liaison.

2. I came to know SMSgt Maria Hinton during my employment at the Maxwell Hospital. SMSgt Hinton was stationed with the Medical Group during her early years of military service and then returned to Maxwell to again work at the hospital later in her career. Her career field in Medical Administration is the same as mine with Civil Service and I am also retired from the Air Force Reserve as a SMSgt in Medical Administration. SMSgt Hinton and I had a good working relationship during her time at the Medical Group.

3. During the time I have known and worked with SMSgt Hinton I can say she is a person of high moral character. She was always very conscientious regarding her work ethics and provided assistance to me and other staff members whenever needed. She knew the regulations, and when questions arose regarding policy or procedures, she provided the necessary guidance. I also saw her as a very dedicated and loving mother – very family oriented.

4. I am not familiar with the allegations in this case, but I do know it would definitely be out of character for SMSgt Hinton to consciously do anything that would be detrimental to her career or reputation. I feel she should be able to retain her retirement rank of Senior Master Sergeant.

5. If you have any questions or want to discuss these matters, my telephone number is (334) 953-2012.

JEAN GREENE
42d Medical Group Contract Liaison

DEFENDANT'S
EXHIBIT

18

DATE  20 Dec 2006

MEMORANDUM FOR REVIEWING AUTHORITIES

FROM:  Wanda Newby

SUBJECT:  Character Statement

1.  I am Wanda M Newby, GS 7 Tumor Registrar at the 42d Medical Group, MDSS/SGSB.  I am a Certified Tumor Registrar and work at Maxwell Air Force Base Ambulatory Healthcare Clinic. I supervised the Tumor Registry at Brooke Army Medical Center from 1985 through 1991 and became credentialed in 1987.  I was a founding member of the team that designed and implemented the Department of Defense Automated Central Tumor Registry (ACTUR) software for cancer data collection and with many revisions and upgrades is required for DoD Tumor Registries to this day.  I accepted a contracting position in Clinical Research Oncology Data Management in Riyadh, Saudi Arabia from 1991 through 1993 and upon my return to the United States I accepted the first Civil Service job available in my career field at Maxwell Air Force Base, Aug 1994.  From 2000 through 2004 I was the Physical Evaluation Board Liaison Officer for Medical Evaluation Boards and Tumor Registrar.  I've mentored and supported the current MEB staff since 2004 and managed the Assignment Limitation Code C program.  In May 2006, I was appointed the HIPAA Privacy Officer in addition to my Tumor Registrar responsibilities.

2.  I first met SMSgt Maria C. Hinton when she was assigned to the 42d Medical Group in April 2001 as MSgt M. Conchi Waters.  As NCOIC of Beneficiary Support Services she was my supervisor from 2002 – 2003 appraisal cycle.  She was assigned to different areas within the hospital from 2004 to her retirement this year; however, we have kept in touch throughout her time working at Maxwell.

3.  SMSgt Hinton is a calm, composed and talented non-commissioned officer.  She has a confident, friendly, easy-going mannerism, is articulate, and willing to share her extensive Patient Administration knowledge with subordinates.  She stands above contemporaries in personal commitment to professionalism and excellence.

4.  I am generally familiar with the allegations in this case.  I do not believe SMSgt Hinton is a thief.  Don't take her stripe; she should be retired as a Senior Master Sergeant!

5.  If you have any questions or want to discuss these matters, my telephone number is 953-5293.

Wanda M Newby

WANDA NEWBY, CTR
Tumor Registrar/HIPAA Officer

DEFENDANT'S
EXHIBIT
19



DEFENSE LOGISTICS AGENCY
HEADQUARTERS
8725 JOHN J. KINGMAN ROAD, SUITE 2533
FORT BELVOIR, VIRGINIA 22060-6221

IN REPLY
REFER TO December 20, 2006

MEMORANDUM FOR REVIEWING AUTHORITIES

FROM: Lt Col Michael O'Connor

SUBJECT: Character Statement for SMSgt Maria C. Hinton

1. I am Lt Col Michael K. O'Connor, USAF. I am the Department of Defense's Program
Manager for Medical Commodities, responsible for coordinating support to the medical services.
For a reference point, medical material support to DoD was approximately $3.9B last year. I am
assigned at the Defense Logistics Agency at Fort Belvoir, VA. I have served in the AF
approximately 23 years. I am a Board Certified Health Care Administrator who deployed twice
in my career (to include OEF as a Group Commander of an EMEDS unit) and have had two
assignments where I had "G" series orders as a Squadron Commander. I have received 13
decorations during my career (4 MSM's, 5 COMM's, 4 ACH). In my career, I have lodged
Court Martial Charges against 5 individuals, served over 75 Article 15's, and discharged over 30
members from the Air Force for failing to meet standards.

2. I was SMSgt Maria C. Hinton's (28 yrs in the military) Squadron Commander at the 42nd
Medical Group from 2001-2003. She was the Flight Superintendent of the TRICARE/Health
Plan. I worked with her each and every day managing this critical "high profile" program. She
was absolutely magnificent in her work and commanded respect from both Superiors and
Subordinates. She always had a "can do" attitude coupled with superior bearing and empathy for
our patients. She was rewarded for her excellent work by being selected as the MDSS Squadron
Superintendent. Only the best are chosen for this position. She had an unblemished record of
exceptional performance far exceeding her peers.

3. I am absolutely baffled that SMSgt Hinton is being charged with Shoplifting. When she
called me the other day requesting that I provide her a character reference, I was absolutely
floored. Of course I will do this for such a fine AF Senior NCO. I am still in disbelief from the
charges. I am a medical administrator (not medically qualified to diagnose), but still believe
perhaps some medical issue may have contributed to her behavior. It's so unlike her.

4. Being an experienced Commander, I cannot condone her actions and she should receive some
type of punishment for her infraction if found guilty. However, I plead with the Reviewing
Authorities to make sure the determined punishment is a "measured" one and does not harm her
the rest of her life. I cannot imagine the humiliation, embarrassment, shame that SMSgt Hinton
now endures each and every day since she was charged with this crime. I'm sure she's the
subject of ridicule and hostility from her AF peers, the butt of jokes from others, and has lost
many, many friends for this behavior.



Federal Recycling Program       Printed o

DEFENDANT'S
EXHIBIT
20

5. With this being said, I would sincerely hope the Reviewing Authority levy a fine and not take one of her Sergeant Stripes she worked dutifully for 28 years to earn. It's never an honest mistake to shoplift...but the impulse to conceal items without paying for them perhaps lasted just a few seconds. I would hope the Reviewing Authority put this in context when determining punishment.

6. Furthermore, I request the Reviewing Authority also consider the additional peripheral fact that such notable figures as the Secretary of the Army (Mr. John Shannon) and most recently President Bush's senior aide (Claude Allen) were all charged with shoplifting while holding senior positions in our Federal Government. As far as I can tell, their humiliation and removal from office were their only punishment. Neither of them lost retirement benefits the rest of their lives as what would occur to SMSgt Hinton if she lost stripes.

7. I end with the following last comments. Please do not allow 28 years of dedicated, honorable service be sullied further by exacting financially damaging punishment. The humiliation and shame that SMSgt Hinton faces will last her entire lifetime. I implore you to please provide her the dignity to retire in the rank she earned while faithfully serving our Air Force, especially in time of war.

8. Do not hesitate contacting me at 703-767-0469 or by E-Mail at Michael.oconnor@dla.mil if you have any questions or want to discuss these matters.

MICHAEL O'CONNOR, Lt Col, USAF, MSC, CHE
Medical Commodity Program Manager
Headquarters, Defense Logistics Agency
Fort Belvoir, Virginia

Information on Mr. Claude Allen – I extracted it from the following web site:

http://newsblogs.chicagotribune.com/news_theswamp/2006/03/exwhite_house_a.html

Originally posted: March 11, 2006

# Ex-White House adviser facing shoplifting
# charges, Claude Allen, the president's former domestic policy adviser,

....Bush administration advisor apparently resigns because he's alleged to have stolen from Target stores, while Secretary Rumsfeld can testify the Pentagon can't account for $2.3 trillion, (http://www.cbsnews.com/stories/2002/01/29/eveningnews/main325985.shtml), and everyone yawns.....

.....Allen's alleged scheme involving about $5,000 of stolen goods had first been detected at a Target department store in his home town of Gaithersburg, Md. on Jan. 2, where the store reported observing Allen placing merchandise in a shopping bag and than taking it to customer service with a receipt for a refund.

Police say that Allen was given a citation that day but not arrested and that a subsequent investigation using store videotapes determined he had done this many times before – sometimes purchasing items, taking them outside and then returning with a receipt to receive a refund for a similar product taken off the shelf.....

Interesting web pages

http://www.tpmmuckraker.com/archives/001260.php

http://www.tpmcafe.com/node/27771

http://www.tpmmuckraker.com/archives/001260.php

# Acting Secretary of the Army, John W. Shannon,
# Accused Of Shoplifting, Is Placed on Leave

http://select.nytimes.com/gst/abstract.html?res=F00614FB385A0C7B8EDDA10894DB494D81&n=Top%2fReference%2fT imes%20Topics%2fSubjects%2fA%2fArmies

*Please Note: Archive articles do not include photos, charts or graphics. More information.

August 28, 1993, Saturday

By ERIC SCHMITT, (Special to The New York Times); National Desk

Late Edition - Final, Section 1, Page 6, Column 1, 371 words

DISPLAYING ABSTRACT - The Acting Secretary of the Army, John W. Shannon, was placed on administrative leave today after being accused of shoplifting, the Army said. Mr. Shannon was accused of shoplifting a skirt and blouse valued at about $30 from the Army post exchange at Fort Myer, Va., on Thursday, an ...

http://www-tech.mit.edu/V113/N33/briefs.33w.txt.html

## Army Secretary Accused Of Theft

The Washington Post

WASHINGTON

The acting secretary of the Army has been accused of shoplifting a woman's skirt and matching blouse from the Fort Myer Post Exchange in Arlington, Va., authorities said Friday.

John W. Shannon, 59, who retired from active duty in the Army in 1978 as a highly decorated colonel, was stopped by a store detective in a food court area outside the exchange about 11:40 a.m. Thursday, Army officials said.

Shannon, who was carrying a blouse and skirt ensemble worth about $30, was cited by military police for misdemeanor theft of property, authorities said.

Shannon could face up to a year in prison and a fine of up to $100,000, U.S. Attorney Kenneth E. Melson said. An Oct. 22 hearing has been scheduled in federal court in Alexandria, Va

Extracted from **Department of the Army Pamphlet 27-50-332**
**July 2000**
50th Anniversary of the UCMJ Series

http://www.loc.gov/rr/frd/Military_Law/pdf/07-2000.pdf

Automatism

In addition to a complete or partial mental responsibility defense, PMS and postpartum mental illness may provide the basis for an automatism defense.[166] Automatism refers to "[b]ehavior performed in a state of mental unconsciousness or dissociation without full awareness . . ." and is associated with "actions or conduct of an individual apparently occurring without will, purpose, or reasoned intention . . . ."[167] Automatic behavior may be the result of numerous causes, including sleepwalking, concussion, gunshot wounds, epilepsy, convulsions, reflexive action, delirium, and diabetic shock.[168] The majority of jurisdictions view automatism as conceptually distinct from an insanity or mental responsibility defense.[169] Military court decisions have recognized the automatism defense, but have failed to define its parameters.[170] Unlike the mental responsibility defenses described above, which focus on *mens rea*, the automatism defense asserts that there existed no *actus reas* at the time of the criminal misconduct.[171] In other words, no voluntary act exists.[172] The absence of *actus reus* serves as a complete defense to any criminal charge because absent a criminal act no criminal liability may attach.[173] Significantly for military practitioners, automatism has been used successfully in at least one reported military case[174] and its continued viability as a military defense was confirmed by COMA in *United States v. Berri*.[175] Automatism may also serve as a defense when a complete or partial mental responsibility defense would fail because (1) the automatism defense does not require proof of any mental disease or defect[176] and (2) it may be used as a defense to both general and specific intent crimes.[177] Automatism also offers a procedural advantage to the accused, which a mental responsibility defense lacks. Significantly, because the automatism defense is distinct from a mental responsibility defense, the government continues to retain the ultimate burden of proof.[178] Further, defense counsel need not satisfy the disclosure requirements for an insanity defense, unless the defense intends to .....

DATE                                                          26 Dec 2006

MEMORANDUM FOR REVIEWING AUTHORITIES

FROM: James R. Woodson

SUBJECT: Character Statement

1. I am James R. Woodson, USAF, Major (ret). I own a small business (United Support Services) of which I am the President and COO. I retired from the United States Air Force, after 20 plus years of dedicated services in defense of this country. I started my career out as an Airman First Class (E-3) and retired as a Major. I was commissioned in the Medical Service Corps in 1991 after 7 years of enlisted service. After graduating from the Health Services Administration course, Sheppard AFB, Texas, I was assigned as the Director, Medical Logistics Management, Lajes Field Azores, Portugal. Throughout my career I served in different capacities, one being the Deputy Commander at Columbus and Maxwell AFB. My military awards and decorations include the Meritorious Service Medal with two oak leaf clusters, the Air Commendation Medal with two oak leaf clusters and the Air Force Achievement Medal with two oak leaf clusters. I have numerous awards and decorations to my credit as well.

2. Consequently, I have had numerous opportunities to observe and evaluate individuals during my career, while assigned at Maxwell AFB, I served in two different capacities, one being the Director of Medical Logistics and the other as the deputy commander of the Support Squadron at Maxwell AFB, for an extended period of time of which SMSgt Maria C. Hinton acted as my Superintended. I've known SMSgt Hinton from our military time (May 1992-April 2004) we served together in the Azores, up until my retirement at Maxwell AFB, Montgomery. I have know SMSgt Hinton for over 12 years in the military and we have seen each other from time-to-time when I come by the clinic since my retirement. During her military career in the Azores we saw each other daily and we had weekly meeting while we were station together in the Azores. We attended going-away parties for troops leaving the Azores and groups would get together after work on Friday's while we were in the Azores to let our hair down. After we left the Azores we worked on the implementation of TriCare into the military, we would see each other from time-to-time, or we would talk over the phone about implementation processes. All-in-all we stayed in touched, whether through her bosses or seeing each other at military conferences held in the different regions. After being station at Maxwell in July 2001, we again saw each other weekly and some times daily, depending upon the requirements of our jobs. State how you know the subject, how long you have known SMSgt Maria C. Hinton (28 yrs in the military), and how much contact you have with her.

3. I would like to state first and foremost as a Commander, Conchi is without a doubt the person I would take to war with me...today. This is because of her loyalty, dedication and her integrity. There has never been a time that I have observed Conchi in her personal and professional dealing that I have noticed her to be questionable in her dealing. As I have stated earlier in my letter that we spent a lot of time in the Azores together, she was always above board in her dealing. We both had a very difficult boss in the Azores and she could have provided him documentation that was not up to par to keep him off her case but she always provide complete

DEFENDANT'S
EXHIBIT

21

documentation that indicated the true picture of our current status. This charge of her shoplifting is not in character, at all for her. Just like all of us we get caught up in the daily grind and do things we normally wouldn't do or say. All of us have gotten speeding tickets, why because we got caught up in the moment not meaning to break any laws. We all get caught up in the moment…the judges don't take our licenses because of one over sight. I believe this act is far to grave for a minor over sight. This is not an habitual act on her part…if it was second or third offense then yes, throw the book at her, but for a mistake don't dampen a stellar career further than it has already been hurt. Don't take the stripe and let her retire with her dignity after all of these dedicated years of service to our country. Give information to back your opinion….out of character, etc.} Don't take her stripe….

4. I am generally familiar with the allegations in this case.
If you know the general facts surrounding the allegations, state: I am generally familiar with the allegations in this case.

5. If you have any questions or want to discuss these matters, my telephone number is .(662-329-2486 and my cell # is (334-202-9777.


JAMES WOODSON, Maj (ret), USAF, MSC, HEM

# FAMILY PHOTOGRAPHS



Mrs. Hinton's Wedding Photograph, taken June of 2006. Pictured here are Nicholas Hinton, Clera Hinton, Michael J. Hinton, Mrs. Hinton, Kristina Hinton, and David Waters.
(Mrs. Hinton's step-children)

(Mrs. Hinton's son and her ... Mrs. Hinton's grandsons pictured together)

tabbies®

DEFENDANT'S
EXHIBIT

22

**Family Photograph taken on September 24, 2006 of Mr. Hinton with his six year old son, Kristoffer; eleven year old daughter, Cierra; and seventeen year old son, Nicholas.**



DEFENDANT'S EXHIBIT

23

24/09/2006